JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
KATLYN M. BRADY, ESQ.
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*CDLC Farm, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VENESSIA BUMPAS, | Case No. 2:22-cv-0799-CDS-BNW |
| Plaintiff, | |
| vs. | ORDER GRANTING **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CDLC FARM, INC., a Nevada corporation; DOES 1-10; ROE I-X, | [ECF No. 27] |
| Defendants. | |

Defendant CDLC Farm, Inc. ("Defendant"), by and through its counsel of record, Jackson

Lewis, P.C., and Plaintiff Venessia Bumpas ("Plaintiff"), by and through her counsel of record,

Kirk T. Kennedy, Esq., having reached a global resolution, hereby stipulate and

///

///

///

///

///

///

///

///

///

1

1    agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and

2    costs.

3        Dated this 4th day of October, 2022.

4

5    KIRK KENNEDY LAW OFFICE            JACKSON LEWIS P.C.

6

7    /s/                                 /s/

     KIRK KENNEDY, ESQ.              JOSHUA A. SLIKER, ESQ.

8    Nevada Bar No. 5032               Nevada Bar No. 12493

     815 S. Casino Center Blvd.        KATLYN M. BRADY, ESQ.

9    Las Vegas, NV 89101             Nevada Bar No. 14173

                                      300 S. Fourth Street, Suite 900

10   *Attorney for Plaintiff*           Las Vegas, Nevada 89101

11   *Venessia Bumpas*

                                      *Attorneys for Defendant*

12                                       *CDLC, Inc.*

13

14

15

16

17

18

19

20                                   IT IS SO ORDERED:

21

22

23

24                                   CRISTINA D. SILVA

                                    United States District Judge

25

26                                   DATE:   October 5, 2022

27

28